# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

THOMAS LEE HARMON,       )
      )
      Plaintiff,       )
      )
   vs.       )      No. 4:04CV1580-SNL
      )
OLIVER GLEN BOYER,       )
DENISE LAFFING, ROBERT McLIN,    )
JOHN WOLF, GREG HAMBY,       )
UNKNOWN SHAW, and       )
SHANON LAPLEN,       )
      )
      Defendants.       )

## ORDER

The motion to dismiss of the so-called "medical defendants" is before the Court. Such defendants are Dr. Bharat K. Shah and Shannon LaPlen.

The record indicates that plaintiff is no longer incarcerated at the Jefferson County Jail and, in fact, he has failed to respond to the motion to dismiss of the medical defendants.

The record further reveals that plaintiff has failed to exhaust his administrative remedies and, therefore, his claim for relief may not be granted. Graves v. Norris, 218 F.3d 884, 885 (8th Cir. 2000) and Johnson v. Jones, 340 F.3d 624, 627 (8th Cir. 2003).

**IT IS THEREFORE ORDERED** that the motion to dismiss filed by the medical defendants named herein is **GRANTED** and the entire case is **DISMISSED** without prejudice.

Dated this   20th   day of May, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE